**MDL 1730**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 13 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1730

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE HYPODERMIC PRODUCTS ANTITRUST LITIGATION*

*The Hebrew Home For the Aged at Riverdale v. Becton Dickinson & Co.,*
S.D. New York, C.A. No. 7:07-2544

### *CONDITIONAL TRANSFER ORDER (CTO-3)*

On December 19, 2005, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 408 F.Supp.2d 1356 (J.P.M.L. 2005).  Since that time, three additional actions have been transferred to the District of New Jersey.  With the consent of that court, all such actions have been assigned to the Honorable Jose L. Linares.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Linares.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of December 19, 2005, and, with the consent of that court, assigned to the Honorable Jose L. Linares.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

PLEADING NO. 27

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

OFFICIAL FILE COPY

IMAGED APR 16 2007